United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 1, 2006**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 05-30536
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

versus

RICHARD ROWAN, II,

Defendant - Appellee.

_____

Appeal from the United States District Court
For the Western District of Louisiana
USDC No. 6:04-CR-60010

_____

Before JOLLY, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

We VACATE Rowan's sentence and REMAND to the district court for re-sentencing

pursuant to *United States v. Duhon*, No. 05-30387 (5th Cir. Feb. 17, 2006).

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.